TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
MAXWELL K. COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Deputy Chief, National Security Division
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1785
E-mail: maxwell.coll@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**See Attachment A**

No. **See Attachment A**

NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A

Plaintiff, United States of America, hereby advises the court that Assistant United States Attorney Maxwell K. Coll is departing the United States Attorney's Office, and all of the cases in

//

//

**Attachment A** should have the contact information for Assistant United States Attorney Maxwell K. Coll replaced with the generic USAO email used for docketing.

Dated: November 5, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*/s/ Maxwell K. Coll*
MAXWELL K. COLL

Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

2:26-CR-0078
2:25-CR-0828
2:25-CR-0413
2:23-CR-0596
2:25-CR-0175
2:24-CR-0311
2:25-CR-0035
2:25-CR-0598
2:25-CR-0362
2:25-CR-0181
2:21-CR-0225
2:21-CR-0250